UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA PARKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:17-CV-73-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,700.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 10629, Raleigh, NC 27605, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on September 21, 2018, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |

DATE:
September 21, 2018

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk